# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

### NO. 03-22-00672-CV

**Giovanni Mola and Nicola Mola, Appellants**

**v.**

**Joseph Berro, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on September 27, 2022. Having reviewed the record, the Court holds that Giovanni Mola and Nicola Mola have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.